UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CHAPTER 13
ZINNICK COOPER : CASE NUMBER A25-52303-JWC
    DEBTOR :

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on June 3, 2025:**

As to whether the Debtor provided proof of mortgage payments

As to whether the Debtor provided a copy of the 2024 tax return filed with the Internal Revenue Service

**The Attorney for the Trustee has reviewed the case and:**

Recommends dismissal because:

The Debtor has failed to provide proof of mortgage payments

The Debtor has failed to provide a copy of the 2024 tax return

*Please enter an Order of Dismissal*

This the 27th day of June, 2025.

    __/s/_____
    Julie M. Anania,
    Attorney for Chapter 13 Trustee
    GA Bar Number 477064
    303 Peachtree Center Ave., NE, Suite 120
    Atlanta, GA  30303
/mep    janania@njwtrustee.com

**CERTIFICATE OF SERVICE**

Case No:  A25-52303-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report following Confirmation Hearing to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

ZINNICK COOPER
PO BOX 161803
ATLANTA, GA  30321

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report following Confirmation Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

CLARK & WASHINGTON, P.C.

This the 27th day of June, 2025.

/s/_____
  Julie M. Anania
  Attorney for the Chapter 13 Trustee
  State Bar No. 477064
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201